UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID MUNGAI NJENGA, | Case No. C08-5679 RJB/KLS |
| Plaintiff, | |
| | ORDER TO SHOW CAUSE |
| v. | |
| WARDEN NW DETENTION CENTER, *et al.*, | |
| Defendants. | |

On November 11, 2008, Plaintiff David Mungai Njenga, a detainee at the Northwest Detention Center, filed a proposed petition for civil rights violation. Dkt. # 1. Mr. Njenga failed to pay the Court's filing fee of $350.00 or submit an application to proceed *in forma pauperis*. On November 17, 2008, the Court Clerk wrote to Mr. Njenga advising him that he must either pay the $350.00 filing fee or submit an application to proceed *in forma pauperis*. Dkt. # 2. Mr. Njenga was given until December 17, 2008 to comply. Mr. Njenga has neither paid the fee nor submitted an application to proceed *in forma pauperis*.

Accordingly, the Court **ORDERS** the following:

(1) Mr. Njenga may either pay the full $350.00 court filing fee or if he cannot do so, he may submit a file a proper application to proceed *in forma pauperis*, which shall include a written consent required by Local Rule CR 3(b), **no later than March 6, 2009. Failure to either pay the filing fee or submit an application to proceed *in forma pauperis* by the above date shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.**

1          (2)     The Clerk is directed to send a copy of this Order to Plaintiff, along with the appropriate

2 forms.

3          DATED this  5th  day of February, 2009.

Karen L. Strombom
United States Magistrate Judge