UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID MUNGAI NJENGA,

    Plaintiff,

v.

WARDEN NORTHWEST DETENTION CENTER, *et al.*,

    Defendants.

Case No. C08-5679 RJB/KLS

ORDER GRANTING PLAINTIFF'S REQUEST TO PROCEED *IN FORMA PAUPERIS* AND RE-REFERRING CASE TO MAGISTRATE JUDGE

    This matter comes before the court on Magistrate Judge Karen L. Strombom's Report and Recommendation (Dkt. 4). The court has considered the relevant documents and the remainder of the file herein.

    On November 12, 2008, the plaintiff filed a civil rights complaint with the court but failed to pay a filing fee or a file an application to proceed *in forma pauperis*. Dkt. 1. On November 17, 2008, the plaintiff was ordered to file an application to proceed *in forma pauperis* or pay the filing fee. Dkt. 2. In this case, the plaintiff has not responded to the court's order.

    However, on February 27, 2009, the plaintiff filed another civil rights complaint (C09-5108 RJB-JRC) with the court, and the plaintiff subsequently filed an application to proceed *in forma pauperis* in that case. Dkt. 1; Dkt. 4. On April 4, 2009, Magistrate Judge J. Richard Creatura granted the plaintiff's application to proceed *in forma pauperis*. Dkt. 5. In the case before this court (C08-5679 RJB-KLS), the court should consider the plaintiff's *in forma pauperis* application filed in C09-5108 RBL-JRC as fulfilling

ORDER
Page - 1

| | |
|---|---|
| 1 | the requirements for an application to proceed *in forma pauperis* in this case (C08-5679 RJB-KLS). It |
| 2 | appears that the plaintiff qualifies to proceed *in forma pauperis*, and the application should be granted. |
| 3 | The Clerk is **DIRECTED** to file Docket 1 and Docket 4 from that matter (C09-5108-RJB-JRC) in this |
| 4 | case (C08-5679 RJB-KLS). |
| 5 | Therefore, it is hereby |
| 6 | **ORDERED** as follows: |
| 7 | (1) Plaintiff's Request to Proceed *In Forma Pauperis* is **GRANTED**; |
| 8 | (2) The Report and Recommendation (Dkt. 4) is **MOOT**; and |
| 9 | (3) The matter, including any pending motions, is **RE-REFERRED** to Magistrate Judge Karen |
| 10 | L. Strombom. |
| 11 | The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any |
| 12 | party appearing *pro se* at said party's last known address. |
| 13 | DATED this 29th day of April, 2009. |

/s/ Robert J Bryan
Robert J Bryan
United States District Judge