1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
9                             AT TACOMA
10
11   DAVID MUNGAI NJENGA,
                                              Case No.  C08-5679 RJB/KLS
12                    Plaintiff,

                                              ORDER DENYING MOTION
13          v.                                FOR LEAVE TO PROCEED IN
                                              FORMA PAUPERIS (DKT. # 7)
14   WARDEN NW DETENTION CENTER, *et*          AS MOOT
     *al.*,
15
                     Defendants.
16

17          On April 29, 2009, Judge Robert J. Bryan granted Plaintiff's request to proceed in forma pauperis

18   and re-referred this case to the undersigned for further proceedings.  Dkt. # 6.  On the same day, Plaintiff

19   filed a motion for leave to proceed in forma pauperis in this case.  Dkt. # 7.  That motion is now moot.

20          Accordingly, it is **ORDERED**:

21          (1)     Plaintiff's motion to proceed in forma pauperis (Dkt. # 7) is **DENIED as moot**.

22          (2)     The Clerk is directed to send a copy of this Order to Plaintiff.

23          DATED this 6th  day of May, 2009.

24
25
26
                                              Karen L. Strombom
27                                            United States Magistrate Judge

28

     ORDER
     Page - 1