# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DAVID MUNGAI NJENGA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WARDEN NORTHWEST DETENTION CENTER, et al,<br><br>　　　　　　Defendants. | No. C08-5679RJB/KLS<br><br>ORDER GRANTING UNITED STATES' MOTION TO WITHDRAW NOTICE OF APPEARANCE |

This matter is before the Court on the United States' Motion to Withdraw Notice of Appearance. Dkt. 15. The United States respectfully moves the Court for leave to withdraw their Notice of Appearance (Dkt. 14), which was filed as a result of a clerical error.

Accordingly, it is **ORDERED** that the United States' Motion to Withdraw Notice of Appearance is hereby **GRANTED** and that the United States' Notice of Appearance (Dkt. 14) is **Stricken** from the docket.

DATED this 13th day of July, 2009.

　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1