UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID MUNGAI NJENGA,<br><br>                       Plaintiff,<br><br>   v.<br><br>WARDEN NORTHWEST DETENTION CENTER, et al,<br><br>                       Defendants. | No. C08-5679RJB/KLS<br><br>ORDER STRIKING NOTING DATE ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER |

     This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Before the Court is Plaintiff's "Request for an Order Restraining Defendant From Harassing Plaintiff and Request for Witness." Dkt. 13. Plaintiff's motion was filed shortly after the Court's Order consolidating this case with Case No. C09-5108JRC/RBL, but prior to service of the Complaint on Defendants. On July 10, 2009, a Notice of Appearance was entered on behalf of Defendants. Dkt. # 17.

     Accordingly, the Court finds that the noting date of June 19, 2009 shall be stricken from the Court's calendar. Plaintiff may re-note the motion by filing a notice and serving it on

ORDER - 1

Defendants' counsel. The motion may be scheduled on the Court's calendar for the third Friday after filing and service of the motion.

The Clerk is directed to send copies of this Order to Plaintiff and any Defendants who have appeared of record.

DATED this 15th day of July, 2009.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2