UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID M. NJENGA,

    Plaintiff,

vs.

WARDEN WIGEN, et al.,

    Defendants.

Case No. 08-5679-RJB-KLS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Karen L. Strombom. Dkt. 26. The Court has considered the Report and Recommendation, objections, if any, and the record herein.

The Report and Recommendation throughly discusses the facts and law at issue here, and it should be adopted.

The Court hereby **FINDS** and **ORDERS**:

(1)    The court adopts the Report and Recommendation (Dkt. 26);

(2)    Plaintiff's motion for injunctive relief (Dkt. 20) is DENIED; and

(3)    The Clerk is directed to send copies of this Order to plaintiff, all attorneys of record, and to the Hon. Karen L. Strombom.

DATED this 13th day of November, 2009.

Robert J. Bryan
United States District Judge

ORDER
Page - 1