# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

DAVID MUNGAI NJENGA,

        Plaintiff,

  v.

WARDEN NW, et al.,

        Defendants.

NO. C08-5679 RJB/KLS

ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION TO FILE REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR TEMPORARY INJUNCTION

Before the Court is Plaintiff's motion for a thirty day extension of time (Dkt. 36) within which to file an affidavit and reply to Defendants' response (Dkt. 34) to Plaintiff's third motion for temporary injunction (Dkt. 29). Plaintiff states that he previously filed the affidavit, but it was apparently never received by the court, and that the ACLU has indicated that they are willing to take over his case. Dkt. 36, p. 2.

The court also ordered Plaintiff to file proof of service of his motion for temporary restraining order on Defendants by February 12, 2010. Dkt. 33. Plaintiff has not done so.

Accordingly, it is **ORDERED:**

1. Plaintiff's motion for an extension of time to file his affidavit, reply and proof of service relating to his third motion for temporary injunction (Dkt. 36) is **GRANTED.** Plaintiff shall file his affidavit, reply and proof of service **on or before March 26, 2010.**

2. The Clerk shall **renote** Plaintiff's motion for temporary injunction for **March 26, 2010.**

3. If Plaintiff fails to file his affidavit, reply and proof of service, his motion (Dkt. 29) shall be stricken from the court's docket.

4. The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this  4th  day of March, 2010.

Karen L. Strombom
United States Magistrate Judge