UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID MUNGAI NJENGA,<br><br>                         Plaintiff,<br><br>     v.<br><br>WARDEN WIGGEN, et al.,<br><br>                         Defendants. | No. C08-5679 RJB/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   Plaintiff's motions for a temporary injunction (Dkt. 29) and extension of time (Dkt. 45) are **DENIED**; and

(3)   The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 30th day of April, 2010.

_Robert J. Bryan_
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1